**Dismissed and Memorandum Opinion filed July 9, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00458-CV

---

**LESLIE WM. ADAMS & ASSOCIATES, Appellant**

**V.**

**WELDON S. GUEST AND REGENOSYS, INC., Appellees**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 997218**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 22, 2013. The notice of appeal was due May 22, 2013. *See* Tex. R. App. P. 26.1. Appellant, however, filed its notice of appeal on May 23, 2013, a date within 15 days of the due date for the notice of appeal. *See Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. On June 6, 2013, we ordered appellant to file a proper motion to extend time to file the

notice of appeal on or before June 18, 2013. *See* Tex. R. App. P. 26.3;10.5(b). Appellant did not file a motion. We, therefore, dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.